ACCEPTED
01-15-00275-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/25/2015 4:38:20 PM
CHRISTOPHER PRINE
CLERK

# IN THE FIRST COURT OF APPEALS
## Sitting at Houston, TX

### NO. 01-15-00275-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/25/2015 4:38:20 PM

CHRISTOPHER A. PRINE
Clerk

## WALTER BALLARD,
### Appellant,

### Versus

## THE STATE OF TEXAS,
### Appellee.

### Appeal from the 183rd Judicial District Court
### Harris County, Texas- Cause No. 1390115
### Honorable Vanessa Velasquez Presiding

## APPELLANT'S MOTION TO ABATE APPEAL
## TO SUPPLEMENT CLERK'S RECORD AND DIRECT
## FINDINGS OF FACT AND CONCLUSIONS OF LAW

### TO THE HONORABLE JUSTICES OF
### THE FIRST COURT OF APPEALS:

WALTER BALLARD, Appellant, by and through undersigned counsel, moves this Honorable Court of Appeals for entry of an order abating this appeal and for entry of an order directing the filing of finding of fact and conclusions of law and as cause therefor would respectfully show as follows:

1. Appellant was convicted by a jury for the offense of possession of child pornography. Judgment was entered on February 27, 2015, assessing confinement in the Texas Department of Corrections for a period of thirteen years. [CR at 727].

2. Prior to judgment being rendered in his case, Appellant filed and presented the trial court with a motion to suppress evidence. [CR at 319, 522 & 530]

3. Further, Appellant's motion to suppress was denied after a hearing conducted in the court below at the conclusion from which Appellant specifically requested findings of fact and conclusions of law. Hereto attached marked Appendix Attachment A and made reference herein the same as if copied in full and set forth at length is a true and correct copy of Volume 5 of the Reporter's Record related to

the Appellant's Motion to Suppress that has been heretofore filed with this Court of Appeals. [RR Vol. 5, 119-120]

4. As reflected from the Reporter's Record at pp. 119-120 of the Motion to Suppress transcription, specific request was made of the trial court for findings of fact and conclusions of law.

5. A review of the Clerk's Record filed with this Court of Appeals fails to contain any written findings of fact or conclusions of law. [See Clerk's Record]

6. Timely notice of appeal was filed in the court below on February 27, 2015. [CR at 730-731]

8. Absent the requested findings of fact and conclusions of law as required by the Court of Criminal Appeals in *State v. Oages*, 201 S.W.3d 643, 644 n. 3 (Tex. Crim. App. 2006); *State v. Elias*, 339 S.W.3d 667, 676-677 (Tex. Crim. App. 2011); and *State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006), Appellant's right to a full and fair review of the issues to be presented on appeal will be denied.

9. The practical and reasonable means by which to correct these errors and omissions have been to abate the appeal with directions to the trial court to enter findings of fact and conclusions of law and to direct the district clerk to supplement the Clerk's Record to speak the truth. *See, e.g., Warren v. State*, 04-14-00069-CR (Tex. App.-San Antonio 2014)(not designated for publication); *State v. Adams*, 04-13-00048-CR (Tex. App.-San Antonio 2014)(not designated for publication); *State v. Flores*, 08-14-00013-CR (Tex. App.-El Paso 2014)(not designated for publication); *State v. Vela*, 04-14-00076-CR (Tex. App.-San Antonio 2014)(not designated for publication); *Lopez v. State*, 04-13- 00300-CR (Tex. App.-San Antonio 2014)(not designated for publication); *Isaias Santos III v. State*, 01-13-00461-CR (Tex. App.-Houston [1st Dist] 2014)(not designated for publication).

**WHEREFORE**, Appellant prays and moves this Honorable Court of Appeals for entry of an order abating this appeal with directions to the Honorable Vanessa Velasquez and/or Terry Flenniken (judge sitting at trial), for the 183rd District Court in Harris County, Texas, to enter and file written findings of fact and conclusions of law and direct the District Clerk of Harris County, Texas, to correct the record by supplementing the Clerk's Record to include the findings of fact and conclusions of law so that the record may speak the truth about the proceedings conducted in the court below and grant such other and further relief to which this Court of Appeals may deem fair, just and equitable.

Respectfully Submitted,

*/s/ Maverick J. Ray*

**MAVERICK RAY**
1419 Franklin ST.
Houston, Texas 77002
Telephone: (281) 947-2007
Facsimile: (713) 714-2225
SBN: 24080451

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing motion has been this day hand delivered or sent via facsimile, to the following:

Hon. Vanessa Velasquez
Presiding Judge 183rd District Court
1201 Franklin – 18th Floor Houston, Texas 77002
Fax: (713) 755-4882

Chris Daniel
Harris County District Clerk 1201 Franklin,
3rd Floor, Suite 3138
Harris County Criminal Justice Center Houston, Texas 77002

Alan Curry
Chief of Harris County District Attorney's Office Appellate Division
1201 Franklin, 6th Floor, Suite 600
Harris County Criminal Justice Center
Houston, Texas 77002

Dated: September 25, 2015

*/s/ Maverick J. Ray*
Maverick J. Ray

that search.

And that's exactly what Maxwell held is that as soon as the -- when you look at the search warrant with his attachments, it's basically warrantless and it doesn't matter what they took.

THE COURT: All right. Anything else at this time? All right. The Court's going to take a very brief recess.

(Short recess)

(Open Court, Defendant present, no jury)

THE COURT: Court's back on the record in Cause No. 1390115.

The Court having read the Motion to Suppress, the supplements, the attached documentation and considered the evidence submitted, the Court is prepared to make a ruling at this time.

The Court denies the Motion to Suppress. Defendant will be permitted to make a Bill if the Defendant chooses to do so.

You may bring in the jury.

MR. RAY: Judge, can we get findings of fact and conclusions of law as well as be allowed to perfect that Bill?

THE COURT: You may submit proposed findings of fact and conclusions of law and the Court

will consider them.

MR. RAY: Okay, Judge.

MR. DRIVER: Judge, I have a witness who is my expert witness I'm going ask that be excused under the rules of the Code of Criminal Procedure. He's not a -- he's not one of the original investigators, has no personal knowledge about the facts of the case, but he's merely my expert. And he may testify as a rebuttal witness at some point.

THE COURT: What says the Defendant?

MR. RAY: What was the question --

MR. DRIVER: I'm asking that he be excused from the Rule pursuant to the Code of Criminal Procedure because he's my expert.

MR. RAY: We're going to object to that.

MR. DRIVER: Let me cite you to the actual Code section.

THE COURT: Let's hang on just a second. Thank you.

Are you asking under the rules of evidence or under the Code of Criminal Procedure?

MR. DRIVER: You may be correct. It may be the rules of evidence.

THE COURT: Mr. Driver, how is his presence in the courtroom essential to the presentation